```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE F99-0019--CV (JWS)               │
│                 "YVONNE MILLING V NORTH SLOPE BOROUGH ET AL"                │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 07/20/99
            Closed: 07/27/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 07/20/99 receipt # 40098956
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MILLING, YVONNE | Yvonne (Milling) Temple<br>Pro Per<br>1221 Gilmore Trail<br>Fairbanks, AK 99712<br>907-455-8859 |
| DEF 1.1 | NORTH SLOPE BOROUGH | William A. Earnhart<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 2.1 | NAGEAK, BENJAMIN | William A. Earnhart<br>(see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F99-0019--CV (JWS)
"YVONNE MILLING V NORTH SLOPE BOROUGH ET AL"

For all filing dates

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/20/99
           Closed: 07/27/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 07/20/99 receipt # 40098956
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 | 1 | 07/20/99 | Complaint filed; Summons issued. |
| 2 | 1 | 07/20/99 | PLF 1 Jury Demand. |
| 3 | 1 | 08/06/99 | JKS Minute Order that by agreement of the judges this case is reassigned to Judge Sedwick for all further proceedings. Use case number F99-0019 CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 4 | 1 | 08/12/99 | DEF 1-2 Attorney Appearance. |
| 5 | 1 | 09/23/99 | JWS Minute Order that plf file returns of svc w/i 20 days. cc: cnsl |
| 6 | 1 | 10/06/99 | DEF 1-2 Answer to Complaint. |
| 7 | 1 | 10/07/99 | PLF 1 certificate of service of summons executed on 07/26/99 w/att waiver of service of summons. |
| 8 | 1 | 10/12/99 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 9 | 1 | 11/02/99 | PLF 1; DEF 1-2 Stipulation of the parties re: report of parties due 11/5/99. |
| 9 | 2 | 11/08/99 | JWS Order approving stip. cc: cnsl |
| 10 | 1 | 11/08/99 | PLF 1; DEF 1-2 Response to Order re: Initial case status report. |
| 11 | 1 | 12/02/99 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 09/01/00; Disp mots ddln 10/01/00; 5 day TBJ estimate. cc: cnsl |
| 12 | 1 | 04/17/00 | DEF 1-2 Preliminary Witness List. |
| 13 | 1 | 05/01/00 | STRICKEN PER ORDER AT DKT 14: PLF 1 Witness List. |
| 14 | 1 | 05/26/00 | JWS Minute Order striking dkt 13 due to incomplete proof of svc. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F99-0019--CV (JWS)
"YVONNE MILLING V NORTH SLOPE BOROUGH ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 05/31/00 | PLF 1 Witness List w certificate of service attached. |
| 16 - | 1 | 09/06/00 | DEF 1-2 Joint Status Report. |
| 17 - | 1 | 09/12/00 | JWS Minute Order suspending pretrial ddlns; parties to file prop pretrial ddlns 60 days after Ak Supreme Crt rules on 9CCA referral in N98-004 CV. cc: cnsl |
| 18 - | 1 | 06/11/02 | JWS Minute Order that joint stat rpt re: certification due 6/25/02. cc: cnsl |
| 19 - | 1 | 06/14/02 | DEF 1-2 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart (LANE). |
| 20 - | 1 | 06/14/02 | DEF 1-2 Joint Status Report re: appeal status. |
| 21 - | 1 | 03/06/03 | JWS Minute Order that parties file stat rpt by 4/28/03. cc: cnsl |
| 22 - | 1 | 03/10/03 | DEF 1-2 Joint Status Report re: appeals status. |
| 23 - | 1 | 03/27/03 | DEF 1-2 Address Change Notice. |
| 24 - | 1 | 05/28/03 | PLF 1 Notice regarding Alaska Supreme Court decision of 5/16/03. |
| 25 - | 1 | 05/30/03 | JWS Minute Order that joint stat rpt due 6/30/03 re: concluding case. cc: cnsl |
| 26 - | 1 | 06/30/03 | DEF 1-2 Joint Status Report re: appeals status. |
| 27 - | 1 | 08/25/03 | JWS Minute Order that parties shall file joint stat rpt by 10/3/03 w/prop schedule for pre-trial activities. cc: cnsl |
| 28 - | 1 | 10/03/03 | DEF 1-2 Report re: status. |
| 29 - | 1 | 11/03/03 | JWS Minute Order adopting stat rpt; disc to close 11/30/04; disp mots ddln 12/30/04. cc: cnsl |
| 30 - | 1 | 11/10/03 | PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees w/att memo. |
| 31 - | 1 | 11/12/03 | DEF 1-2 qualified non-opposition to PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees (30-1) |
| 32 - | 1 | 12/05/03 | JWS Minute Order terminating in light of this order: motion for order to bifurcate trial and/or otherwise establish procedure for (30-1); any fees or costs related to appeal will be addressed at conclusion of case. cc: cnsl |
| 33 - | 1 | 12/30/04 | DEF 2 motion for summary judgment w/att exhs. |
| 34 - | 1 | 01/07/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 35 - | 1 | 01/20/05 | PLF 1 motion to extend time until 02/03/05 for filing of opposition. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE F99-0019--CV (JWS)
                          "YVONNE MILLING V NORTH SLOPE BOROUGH ET AL"

                                    For all filing dates
```

```
Document #    Filed       Docket text

  36 -   1   01/24/05    DEF 1-2 non-opposition to PLF 1 motion to extend time until 02/03/05 for
                         filing of opposition (35-1).

  37 -   1   01/26/05    JWS Minute Order granting motion to extend time for filing of opposition
                         (35-1).  cc: cnsl

  38 -   1   01/27/05    PLF 1 motion to withdraw as counsel w aff of Kenneth Covell att and
                         proposed order.

  39 -   1   02/03/05    PLF 1 opposition to DEF 2 motion for summary judgment (33-1).

  39 -   2   02/03/05    PLF 1 cross motion for summary judgment as stated in A98-0398 CV.

  40 -   1   02/09/05    JWS Minute Order that rpt re: readiness for trial has not been fld; rpt
                         due w/i 15 days. cc: cnsl

  41 -   1   02/09/05    DEF 2 Unopposed motion for extension of time until 2/22/05 to file reply
                         to plaintiff's opposition to motion for summary judgment & to file
                         opposition to plaintiff's cross-motion for summary judgment.

  41 -   2   02/10/05    Order granting unoppo mot for ext of time until 2/22/05 to file reply to
                         plf's oppo to def's mot for sj & to file oppo to plf's cross-mot for sj
                         (41-1). cc: cnsl

  42 -   1   02/16/05    PLF 1 Response to Order re: readiness for trial,counsel filed motion to
                         withdraw for this matter.

  43 -   1   02/22/05    JWS Order granting mot to w/d as cnsl (38-1). cc: cnsl, Y. Temple

  44 -   1   02/22/05    DEF 2 reply to opposition to DEF 2 motion for summary judgment (33-1).

  44 -   2   02/22/05    DEF 2 opposition to PLF 1 cross motion for summary judgment as stated in
                         A98-0398 CV (39-2).

  45 -   1   04/05/05    JWS Order denying cross mot for sj as stated in A98-0398 CV (39-2);
                         granting mot for sj (33-1). cc: cnsl

  46 -   1   04/07/05    JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

  47 -   1   05/05/05    JWS Minute Order that no certification of readiness for trial has been
                         fld; cnsl to confer & file rpt w/i 15 days from date of this MO. cc:
                         cnsl

  48 -   1   06/28/05    JWS Minute Order that plf file required rpt re: certification of
                         readiness for trial w/i 10 days or case will be dism w/o prej for lack
                         of prosecution. cc: cnsl

  49 -   1   07/27/05    JWS Minute Order dismissing case w/o prej for lack of prosecution as to
                         all named defendants. cc: cnsl

  50 -   1   08/02/05    PLF 1; DEF 1-2 Stipulation for dismissal w/prej.

  50 -   2   08/04/05    JWS Order approving stip for dismissal w/prej (50-1); ord @ dkt 49
                         vacated. cc: cnsl
```